UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARCIA ROMANO, | 2:11-cv-01606-LDG-CWH |
| Plaintiffs, | |
| vs. | ORDER |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

This matter is before the Court on Plaintiff's counsel Scott E. Davis' Motion to Withdraw as Counsel of Record (#4), filed December 19, 2011. Pursuant to LR IA 10-6(b), "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." Having reviewed the motion, it appears that the requirements set forth in LR IA 10-6(b) have been met. Nevertheless, counsel will be required to personally serve Plaintiff with a copy of this order and file proof of service with the Court. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's counsel Scott E. Davis' Motion to Withdraw as Counsel of Record (#4) is **granted**. Plaintiff shall have until **Monday, January 30, 2012**, to advise the Court if she will retain new counsel.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiff Marcia Romano to the civil docket:

**Marcia Romano
6351 Tara Avenue
Las Vegas, Nevada 89146**

**IT IS FURTHER ORDERED** that the Plaintiff's counsel shall personally serve Plaintiff Marcia Romano with a copy of this order and file proof of service within fourteen (14) days of

1   this order.

2         DATED this 21st day of December, 2011.

                                         _____
                                         C.W. Hoffman, Jr.
                                         United States Magistrate Judge